Leslie R. Horowitz, SBN 97630
Stephen E. Hyam, SBN 198065
CLARK & TREVITHICK
800 Wilshire Blvd., Twelfth Floor
Los Angeles, California 90017
Telephone: (213) 629-5700
Facsimile: (213) 624-9441
E-Mail:    lhorowitz@clarktrev.com
           shyam@clarktrev.com

Attorneys for CERTAIN CREDITORS[1]
AS AUTHORIZED REPRESENTATIVES OF
THE BANKRUPTCY ESTATE

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>UNIFIED WORLDWIDE TRANSPORT,<br><br>Debtor. | Case No. 1:07-bk-12273 KT<br><br>Chapter 7<br><br>Adv. No. 1:09-ap-01230-KT |
| CERTAIN CREDITORS, AS AUTHORIZED REPRESENTATIVES OF THE BANKRUPTCY ESTATE,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL BAUMSTEIN AND ALICIA SULLIVAN,<br><br>Defendant. | **STIPULATION TO CONTINUE STATUS CONFERENCE CURRENTLY SET FOR FEBRUARY 9, 2010** |

TO THIS HONORABLE COURT AND ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:

    1.    On July 1, 2009, Certain Creditors, as authorized representatives of the bankruptcy

---

[1] SMS Communications, LLC; Michael Baghdoian; William A. Meardon; Brian T. Kelso; David Eichelberger; Hoyer Enterprises, Inc.; DLP Management, LLC; Harvest Preserve Foundation, Inc.; Oakcrest Properties, L.L.C.; CAM Financing #1, L.L.C.; WAM Financing, #2; Greg Shottenkirk; Toni Shottenkirk; HEG, L.L.C.; Daryl K. Granner; Platinum Exploration, INC.; Anita J. Lake, Trustee Of The Anita J. Lake Revocable Trust.

637226.1 (O15486.001)    1
STIPULATION TO CONTINUE STATUS CONFERENCE CURRENTLY SET FOR FEBRUARY 9, 2010

1 | estate ("Plaintiff") commenced the above-captioned adversary proceeding by filing a complaint
2 | (the "Complaint") against Michael Baumstein and Alicia Sullivan (the "Defendant").

3 |     2.    The Court set a Status Conference for February 9, 2010 at 3:00 p.m. in Courtroom
4 | 301, located at 21041 Burbank Blvd., Woodland Hills, CA 91387.

5 |     3.    Plaintiff will file motions with the Court in the main case (1:07-bk-12273 KT) to
6 | (a) Approve Joint Representation and (b) Approve the Employment of Herzlich & Blum
7 | ("Motions"). These motions will be filed before the February 9, 2010 Status Conference.

8 |     4.    Because the outcome of the Motions may affect this adversary proceeding, the
9 | parties request that the currently set status conference be continued to a date at least 15 days after
10 | the hearing of the Motions, as is convenient for the Court.

11 | IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff and Defendant,
12 | subject to the approval of the Court, that the status conference set for February 9, 2010 be
13 | continued to a date at least 15 days after the hearing of the Motions, as is convenient for the Court.

14 | DATED: February 2, 2010    CLARK & TREVITHICK

By: /s/ Stephen E. Hyam
Stephen E. Hyam
Attorneys for CERTAIN CREDITORS
AS AUTHORIZED REPRESENTATIVES OF
THE BANKRUPTCY ESTATE

DATED: February 2, 2010    CLARKSON, GORE & MARSELLA, APLC

By: /s/ Scott Clarkson
Scott Clarkson
Attorneys for MICHAEL BAUMSTEIN AND
ALICIA SULLIVAN

637226.1 (O15486.001)

2

STIPULATION TO CONTINUE STATUS CONFERENCE CURRENTLY SET FOR FEBRUARY 9, 2010

| In re: UNIFIED WORLDWIDE TRANSPORT, | CHAPTER 7 |
|---|---|
| Debtor(s). | CASE NUMBER 1:07-ap-01230-KT |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: Clark & Trevithick, 800 Wilshire Blvd., 12th Floor, Los Angeles, CA 90017. A true and correct copy of the foregoing document described **REQUEST FOR ENTRY OF DEFAULT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **January 29, 2010**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- Leslie R Horowitz    lhorowitz@clarktrev.com
- Stephen E Hyam    shyam@clarktrev.com
- United States Trustee    Ustpregion16.wh.ecf@usdoj.gov
- Scott C Clarkson    sclarkson@lawcgm.com

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On _____, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 2/2/2010 | Michele Morelli | /s/ Michele Morelli |
|---|---|---|
| Date | Type Name | Signature |